UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL KIZA WAUSA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVENPORT GRAND HOTEL,<br><br>    Defendant. | No. 2:18-cv-00008-SAB<br><br>**ORDER GRANTING DEFENDANT'S 12(B)(6) MOTION TO DISMISS PLAINTIFF'S ADA, GINA AND ADEA CLAIMS WITH PREJUDICE** |

Before the Court is Defendant's 12(b)(6) Motion to Dismiss Plaintiff's ADA, GINA and ADEA Claims With Prejudice. ECF No. 25. The motion was heard without oral argument. Defendant is represented by Keller Allen and Mary M. Palmer. Plaintiff is proceeding pro se.

Plaintiff Paul Kiza Wausa is bringing suit against his former employer, Defendant Davenport Grand Hotel. He is alleging claims under Title VII, the Americans with Disabilities Act ("ADA"), the Genetic Information Non-Discrimination Act ("GINA") and the Age Discrimination in Employment Act (ADEA).

Defendant moves to dismiss the ADA, GINA, and ADEA claims for failure to obtain a Notice of Right to Sue, which is a prerequisite to filing a claim in court under the ADA, GINA, and the ADEA. 42 U.S.C. § 2000e-5(f)(1) (Race, ADA, ADEA); 42 U.S.C. § 2000ff–6 (GINA); 29 C.F.R. § 1601.28(a)(1) and (e)(1). It

**ORDER GRANTING DEFENDANT'S 12(B)(6) MOTION TO DISMISS PLAINTIFF'S ADA, GINA AND ADEA CLAIMS WITH PREJUDICE ~ 1**

appears that Plaintiff obtained a Right to Sue letter with regard to his claim of racial discrimination. Because Plaintiff has not alleged that he filed a claim with the EEOC regarding his claims under the ADA, GINA, and ADEA, these claims are dismissed.

In the alternative, Plaintiff has failed to allege sufficient facts to support his ADA, GINA, and ADEA claims, and these claims are dismissed. Previously, Plaintiff has been given leave to amend his Complaint and he has failed to cure the deficiencies. As such, these claims are dismissed with prejudice

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's 12(b)(6) Motion to Dismiss Plaintiff's ADA, GINA and ADEA Claims With Prejudice, ECF No. 25, is **GRANTED**.

2. Plaintiff's Motion to Grant Plaintiff's Claims under the ADA, GINA and ADEA, with Prejudice, ECF No. 32, is **DENIED**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 14th day of August 2018.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING DEFENDANT'S 12(B)(6) MOTION TO DISMISS PLAINTIFF'S ADA, GINA AND ADEA CLAIMS WITH PREJUDICE ~ 2**