FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL KIZA WAUSA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DAVENPORT GRAND HOTEL,<br><br>　　Defendant. | No. 2:18-cv-00008-SAB<br><br>**ORDER RE: PLAINTIFF'S PRO SE SUBMISSIONS** |

　　On January 22, 2019, Plaintiff presented the Clerk's Office with two documents: (1) a note to the Court; and (2) a letter to his attorney. He informed the Clerk's Office staff that he did not want these filed, but wanted the Court to have them for its information only.

　　Such ex parte communication with the Court is not permitted. Also, it appears that Plaintiff has obtained counsel so he no longer can communicate with the Court directly, but must do so through his counsel. Because counsel has not filed a notice of appearance, however, the Court will permit Plaintiff to continue to appear pro se.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1. Plaintiff is notified that within ten (10) days from the date of this Order, the Court will file the two documents presented to the Clerk's Office in the public record. If Plaintiff does not want these documents filed, he should notify the Clerk's Office in person within seven (7) days from the date of this Order and the

**ORDER RE: PLAINTIFF'S PRO SE SUBMISSIONS ~ 1**

documents will be returned to him. Failure to timely notify the Clerk's Office will result in the documents being filed in the public record.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to Plaintiff and counsel.

**DATED** this 22nd day of January 2019.



Stanley A. Bastian
United States District Judge

**ORDER RE: PLAINTIFF'S PRO SE SUBMISSIONS ~ 2**